**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **McDonald S. Nanan** | Social Security number or ITIN   xxx–xx–3197 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Linda S. Nanan** | Social Security number or ITIN   xxx–xx–8315 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Southern District of Alabama** | Date case filed for chapter   13   10/12/19 |
| Case number: | **19–13605** | |

Official Form 309I                                                   Judge:   JERRY C. OLDSHUE

## Notice of Chapter 13 Bankruptcy Case                                                         12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | McDonald S. Nanan | Linda S. Nanan |
| 2. | **All other names used in the last 8 years** | aka McDonald Nanan, aka McDonald Simmons Nanan | aka Linda Nanan |
| 3. | **Address** | 5600 Natchez Hwy<br>Wilmer, AL 36587 | 5600 Natchez Hwy<br>Wilmer, AL 36587 |
| 4. | **Debtor's attorney**<br>Name and address | Stephen L. Klimjack<br>1252 Dauphin St<br>Mobile, AL 36604 | Contact phone (251) 694–0600<br><br>Email: pleadings@klimjack.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Daniel B. O'Brien<br>Chapter 13 Trustee<br>P.O. Box 1884<br>Mobile, AL 36633 | Contact phone (251) 438–4615<br><br>Email: cperry@ch13mob.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | US Bankruptcy Courthouse<br>201 St Louis Street<br>Mobile, AL 36602 | Hours open:<br>8:30 AM to 4:30 PM M–F – Bring Photo ID – No Electronics Allowed in Courthouse<br><br>Contact phone (251) 441–5391<br><br>Date: 10/14/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 5, 2019 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>201 St. Louis St, Mobile, AL 36602 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/3/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/23/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/9/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.<br>**Hearing on Confirmation of Plan**<br>The hearing on confirmation will be held: Date: **1/9/20** , Time: **02:30 PM** , Location: **Courtroom One, 201 St. Louis Street, Mobile, AL 36602**<br>**DEADLINE**: Objections to confirmation of the Debtor(s) plan must be filed no later than **7** days prior to the confirmation hearing. If an objection is filed, it will be heard at the confirmation hearing. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

```
                                United States Bankruptcy Court
                                 Southern District of Alabama
In re:                                                              Case No. 19-13605-JCO
McDonald S. Nanan                                                   Chapter 13
Linda S. Nanan
        Debtors              CERTIFICATE OF NOTICE
District/off: 1128-1           User: admin                 Page 1 of 2                   Date Rcvd: Oct 14, 2019
                               Form ID: 309I               Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db/jdb         +McDonald S. Nanan,    Linda S. Nanan,    5600 Natchez Hwy,    Wilmer, AL 36587-5100
tr             +Daniel B. O’Brien,    Chapter 13 Trustee,    P.O. Box 1884,    Mobile, AL 36633-1884
3458783        +CBNA,   P.O. Box 6497,    Sioux Falls, SD 57117-6497
3458784        +Christina Nanan,    5600 Natchez Hwy,    Wilmer, AL 36587-5100
3458786        +EOS CCA,   P.O. Box 981008,    Boston, MA 02298-1008
3458788        +Hansen Heating and Air,    POB 851869,    Mobile, AL 36685-1869
3458789        +Holloway Credit,    P.O. Box 230609,    Montgomery, AL 36123-0609
3458791         John Deere Financial,    Attention Marketing Services,    PO BOX 6600,    Johnston, IA 50131-6600
3458794        +Lendmark Financial Services, Inc.,    960 Schillenger Rd S, H,    Mobile, AL 36695-8977
3458797       ++MEDIACOM COMMUNICATIONS CORPORATION,    ONE MEDIACOM WAY,    CHESTER NY 10918-4850
                (address filed with court: Mediacom,     1613 Nantahala Beach Rd.,    Gulf Breeze, FL 32563)
3458796        +Matthew Nanan,    5600 Natchez Hwy,    Wilmer, AL 36587-5100
3458801        +Quicken Loans Inc.,    c/o CT Corporation System,    2 North Jackson St., Suite 605,
                 Montgomery, AL 36104-3821
3458803        +Regional Acceptance Corporation,    c/o CT Corporation System,    2 North Jackson St., Suite 605,
                 Montgomery, AL 36104-3821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: pleadings@klimjack.com Oct 14 2019 22:52:25     Stephen L. Klimjack,
                 1252 Dauphin St,    Mobile, AL  36604
cr             +EDI: PRA.COM Oct 15 2019 02:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
3458777        +E-mail/Text: kendall@leaseaarons.com Oct 14 2019 22:52:37     Aaron’s Rent To Own,
                 940 Schillenger Rd. N.,    Mobile, AL 36608-5212
3458778        +E-mail/Text: bnc@advanceamerica.net Oct 14 2019 22:52:32     Advance America,
                 312-U, Schillinger Rd,    Mobile, AL 36608-5032
3458779        +E-mail/Text: bankruptcycare@affinityfcu.com Oct 14 2019 22:52:30
                 Affinity Federal Credit Union,    73 Mountain View Blvd,    Basking Ridge, NJ 07920-2332
3458782        +EDI: WFNNB.COM Oct 15 2019 02:53:00      CB/Brksolt,    P.O. Box 182789,
                 Columbus, OH 43218-2789
3458781        +EDI: CAPITALONE.COM Oct 15 2019 02:53:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
3458787        +EDI: FORD.COM Oct 15 2019 02:53:00      Ford Motor,    P.O. Box 542000,    Omaha, NE 68154-8000
3458790        +EDI: IIC9.COM Oct 15 2019 02:53:00      IC Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
3458792        +E-mail/Text: jdflitigationanalyticsteam@johndeere.com Oct 14 2019 22:52:34
                 John Deere Financial,    6400 NW 86th Street,    Johnston, IA 50131-2945
3458793         E-mail/Text: ktramble@lendmarkfinancial.com Oct 14 2019 22:52:27
                 Lendmark Financial Service, LLC,    2118 Usher Street,    Covington, GA 30014
3458795        +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 14 2019 22:55:19     LVNV Funding,
                 PO Box 10587,    Greenville, SC 29603-0587
3458798        +EDI: NAVIENTFKASMSERV.COM Oct 15 2019 02:53:00      Navient,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
3458799        +EDI: PRA.COM Oct 15 2019 02:53:00      Portfolio Rec,    120 Corporate Blvd, Suite 100,
                 Norfolk, VA 23502-4952
3458800        +E-mail/Text: bankruptcyteam@quickenloans.com Oct 14 2019 22:52:34     Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
3458802        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 14 2019 22:55:19     Regional Acceptance Corporation,
                 1424 E. Fire Tower Rd.,    Greenville, NC 27858-4105
3458804        +EDI: RMSC.COM Oct 15 2019 02:53:00      Synchrony Bank,    170 West Election Rd, Suite 125,
                 Draper, UT 84020-6425
3458870        +EDI: RMSC.COM Oct 15 2019 02:53:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
3458780         E-mail/Text: bankruptcy@tritonmgt.com Oct 14 2019 22:52:35     Always Money,    P.O. Box 241525,
                 Montgomery, AL 36124
3458805        +EDI: VERIZONCOMB.COM Oct 15 2019 02:53:00      Verizon Wireless Bankruptcy Admin.,
                 500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225
3458806        +EDI: WFFC.COM Oct 15 2019 02:53:00      Wells Fargo,    Credit Card Services,    P.O. Box 51193,
                 Los Angeles, CA 90051-5493
3458809        +EDI: WABK.COM Oct 15 2019 02:53:00      World Finance,    PO Box 6429,
                 Greenville, SC 29606-6429
3458808        +EDI: WABK.COM Oct 15 2019 02:53:00      World Finance,    1020 Schillenger Rd,
                 Mobile, AL 36695-8972
3458807        +EDI: WABK.COM Oct 15 2019 02:53:00      World Finance,    2004 Hwy 98, Suite C,
                 Daphne, AL 36526-4842
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 1128-1            User: admin             Page 2 of 2             Date Rcvd: Oct 14, 2019
                                Form ID: 309I           Total Noticed: 37
```

3458785     ##+Cloud Willis & Ellis,    201 Beacon Pkwy W #400,    Birmingham, AL 35209-3129

TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2019 at the address(es) listed below:
NONE.                                                                                               TOTAL: 0